UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIJING OVERSEAS EDUCATION
AND IMMIGRATION CONSULT
SERVICE CO., LTD., *et al.*,

                    Plaintiffs,

-v-

NEW YORK CITY REGIONAL
CENTER, LLC,

                    Defendant.

22-CV-2356 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, County of New York, on March 23, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 8, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by March 31, 2022.

    SO ORDERED.

Dated: March 24, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge